**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FORESITE DESIGN, INC.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**VK ENDEAVOURS LLC**,<br><br>*Defendant*. | Civil Action No. ____________________<br><br>Complaint for Copyright Infringement.<br><br>Demand for Jury Trial. |

## COMPLAINT

Plaintiff Foresite Design, Inc. ("Foresite") sues Defendant VK Endeavours LLC ("VK") and alleges the following:

### JURISDICTION

1. This action for damages and injunctive relief is brought by Foresite pursuant to the Copyright Act, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"), as amended.

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 (federal question) and § 1338 (copyright) because this matter arises under the Copyright Act, which is within the exclusive jurisdiction of federal courts pursuant to 28 U.S.C. § 1338.

3. Personal jurisdiction over VK is proper in this judicial district because VK is a Michigan limited liability company with a registered office in Byron Center, Michigan.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## THE PARTIES

5. Foresite is a Michigan corporation with a principal office address at 26777 Central Park Blvd., Suite 125, Southfield, Michigan 48076.

6. VK is a Michigan limited liability company with a registered office at 7885 Byron Center Ave. SW, Suite A, Byron Center, Michigan 49315.

## FACTS COMMON TO ALL COUNTS

7. Foresite is a landscape architectural firm with a unique and primary focus in the design and implementation of athletic and recreational facilities.

8. Foresite was formed in 1990 and, over the past thirty-six (36) years, has established substantial goodwill and renown in the industry.

9. Foresite has created a substantial body of proprietary original works, including numerous text-based design specification documents ("FDI Standard Specs") that are used in connection with its highly regarded services.

10. The FDI Standard Specs are original works of authorship owned solely by Foresite.

11. Certain of the FDI Standard Specs are registered with the U.S. Copyright Office in U.S. Copyright Registration No. TXu 2-557-477 (the "Registered FDI Standard Specs"). A true and correct copy of the foregoing certificate of registration is attached hereto as Exhibit A.

12. When Foresite incorporates the FDI Standard Specs into a project manual or other document, each specification bears a header and/or footer identifying FORESITE DESIGN, INC., in all capital letters, as its owner/author.

13. In or around April 2026, Foresite learned that certain of the Registered FDI Standard Specs were included in a project manual for the Hopkins Public Schools Stadium Track

Replacement project (the "Hopkins Project Manual"). Copies of the relevant pages from the Hopkins Project Manual are attached hereto as Exhibit B.

14. On information and belief, the Hopkins Project Manual was created, in whole or in part, by VK, who reproduced certain of the Registered FDI Standard Specs in the Hopkins Project Manual.

15. Foresite did not consent to or otherwise authorize VK, or anyone else, to use any of the FDI Standard Specs or Registered FDI Standard Specs in connection with the Hopkins Project Manual.

16. The subject specifications included in the Hopkins Project Manual are identical or substantially similar to certain of the Registered FDI Standard Specs.

17. Significantly, this not the first time that VK has used certain of the Registered FDI Standard Specs without authorization from Foresite.

18. Certain Registered FDI Standard Specs were also included in the Hemlock Public Schools Project Manual (the "Hemlock Project Manual"). Copies of the relevant pages from the Hemlock Project Manual are attached hereto as Exhibit C.

19. On information and belief, the Hemlock Project Manual was created, in whole or in part, by VK, who reproduced certain of the Registered FDI Standard Specs in the Hemlock Project Manual.

20. Foresite did not consent to or otherwise authorize VK, or anyone else, to use any of the FDI Standard Specs or Registered FDI Standard Specs in connection with the Hemlock Project Manual.

21. The subject specifications included in the Hemlock Project Manual are identical or substantially similar to certain of the Registered FDI Standard Specs.

22. On information and belief, VK removed and/or altered certain of the Registered FDI Standard Specs' copyright management information when they were reproduced in the Hopkins Project Manual and Hemlock Project Manual.

23. The Registered FDI Standard Specs that were reproduced in the Hopkins Project Manual bear a false copyright notice stating, "© 2026 Tower Pinkster Titus Associates – All Rights Reserved," instead of Foresite's header and footer indicating FORESITE DESIGN, INC. as the owner/author of each the FDI Standard Specs at issue. (Exhibit B.)

24. The same is true for the Hemlock Project Manual, which bears two different false copyright notices which read, "[Copyright] 2022 Tower Pinkster Titus Associates – All Rights Reserved" and "[Copyright] 2023 Tower Pinkster Titus Associates – All Rights Reserved." (Exhibit C.)

25. VK is not authorized to use any of Foresite's copyrighted works, including the Registered FDI Standard Specs, in any capacity.

26. VK's actions are willful and in bad faith, forcing Foresite to bring this action in this Court to protect its valuable copyrighted works.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

27. Paragraphs 1-26 are incorporated herein by reference as if fully set forth.

28. The Registered FDI Standard Specs are original works of authorship.

29. Foresite is the sole and exclusive owner of all right, title, and interest in and to the copyrights in the Registered FDI Standard Specs.

30. On information and belief, VK reproduced and distributed certain of the Registered FDI Standard Specs, and/or created derivative works of certain Registered FDI Standard Specs, in the Hopkins Project Manual.

31. Foresite has not licensed or otherwise authorized VK to reproduce, distribute, or create derivative works of any of the FDI Standard Specs, including the Registered FDI Standard Specs.

32. On information and belief, VK's infringement is willful and in knowing disregard for Foresite's rights in the Registered FDI Standard Specs.

33. VK's actions constitute willful copyright infringement within the meaning of 17 U.S.C. § 504(c)(2).

34. As a result of VK's infringement, Foresite is entitled to recover any damages it has sustained and will sustain, and any profits obtained by VK as a result of or attributable to the infringement, in an amount to be proven at trial.

35. Alternatively, and at Foresite's election, Foresite may be entitled to an award of statutory damages in an amount of not less than $750 and not more than $150,000 per copyrighted work infringed.

36. Foresite is also entitled to permanent injunctive relief to prevent VK from continuing to infringe Foresite's copyrights pursuant to 17 U.S.C. § 502.

37. Additionally, Foresite is entitled to recover its full costs, including its reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

**COUNT II**
**REMOVAL OR ALTERATION OF**
**COPYRIGHT MANAGEMENT INFORMATION**

38. Paragraphs 1-26 are incorporated herein by reference as if fully set forth.

39. When Foresite incorporates the Registered FDI Standard Specs into a project manual or other document, each specification bears a header and/or footer identifying FORESITE DESIGN, INC., in all capital letters, as its owner/author.

40. On information and belief, VK intentionally removed and/or altered certain of the Registered FDI Standard Specs' copyright management information when they were reproduced in the Hopkins Project Manual.

41. The Registered FDI Standard Specs that were reproduced in the Hopkins Project Manual do not indicate FORESITE DESIGN INC. as the owner and author.

42. Instead, the Registered FDI Standard Specs that were reproduced in the Hopkins Project Manual bear a false copyright notice stating, "© 2026 Tower Pinkster Titus Associates – All Rights Reserved." (Exhibit B.)

43. On information and belief, by removing Foresite's copyright management information and replacing it with alternate copyright notices, VK knew or had reasonable grounds to know that it would induce, enable, facilitate, or conceal an infringement of the federal copyright laws.

44. As a result of VK's actions, Foresite is entitled to recover any damages it has sustained and will sustain, and any profits obtained by VK that are attributable to the violation, in an amount to be proven at trial.

45. Alternatively, and at Foresite's election, Foresite is entitled to an award of statutory damages for each violation in an amount of not less than $2,500 and not more than $25,000 per violation.

46. Foresite is also entitled to permanent injunctive relief to prevent or restrain VK from continuing its violation of Foresite's rights under the Copyright Act, pursuant to 17 U.S.C. §

1203(b).

47. Additionally, Foresite is entitled to recover its full costs, including its reasonable attorneys' fees, pursuant to 17 U.S.C. § 1203(b).

## PRAYER FOR RELIEF

**WHEREFORE,** Foresite is entitled to and prays for relief as follows:

A. That VK, and those persons in active concert or participation with VK, be permanently enjoined and restrained from reproducing, displaying, and/or creating unauthorized derivative works and/or copies of the Registered FDI Standard Specs and from otherwise infringing Foresite's copyrights, pursuant to 17 U.S.C. §§ 502, 1203;

B. That an accounting be conducted and judgment rendered against VK for:

1. all damages in an amount to be proven at trial resulting from VK's willful copyright infringement and removal/alteration of Foresite's copyright management information;
2. all profits received by VK as a result of or attributable to its infringement and removal/alteration of Foresite's copyright management information; and
3. any other actual and compensatory damages in an amount not presently known, but to be computed during the pendency of this action.

C. Alternatively, and at Foresite's election (as appropriate), an award of statutory damages of not less than $750 and not more than $150,000 per copyrighted work infringed and/or an award of statutory damages for each violation of Foresite's rights under 17 U.S.C. § 1202 in an amount of not less than $2,500 and not more than $25,000 per violation;

D. That VK be ordered to pay Foresite's expenses in this suit, including its reasonable attorneys' fees and costs pursuant to 17 U.S.C. §§ 505, 1203; and

E. That Foresite be granted any other and further relief this Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury of all issues so triable.

Respectfully submitted,

COUZENS, LANSKY, FEALK, ELLIS,
ROEDER & LAZAR, P.C.

By: */s/ Phillip L. Sternberg*
Phillip L. Sternberg (P28435)
Attorneys for Plaintiff
39395 W. Twelve Mile Road, Suite 200
Farmington Hills, MI 48331
(248) 489-8600
phil.sterberg@couzens.com
THE SLADKUS LAW GROUP

*s/ Jason H. Cooper*
Jason H. Cooper (*application for admission pending*)
Georgia Bar No. 778884

1397 Carroll Drive
Atlanta, Georgia 30318
Main: (404) 252-0900
Fax: (404) 252-0970
Email: jason@sladlaw.com

***Attorneys for Plaintiff Foresite Design, Inc.***

Dated: October 7, 2026