# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Foresite Design, Inc.

v.

VK Endeavours LLC.

Case No. 1:26-cv-2898
Hon. Hala Y. Jarbou

TO: VK Endeavors LLC
ADDRESS: 7885 Byron Center Ave SW
Byron Center, Michigan 49315

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Phillip L. Sternberg, Esq.
Couzens/Lansky, P.C.
39395 W. 12 Mile Rd., Ste. 200
Farmington Hills, Michigan 48331
Email: phil.sternberg@couzens.com

CLERK OF COURT




By: Deputy Clerk ______ Date: October 09, 2026

---

## PROOF OF SERVICE

This summons for VK Endeavors LLC (name of individual and title, if any) was received by me on ______ (date).

☐ I personally served the summons on the individual at ______ (place where served) on ______ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______ (name), a person of suitable age and discretion who resides there, on ______ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______ (name of individual), who is designated by law to accept service of process on behalf of ______ (name of organization) on ______ (date).

☐ I returned the summons unexecuted because ______.

☐ Other *(specify)* ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under the penalty of perjury that this information is true.

Date: ______

______
*Server's signature*

Additional information regarding attempted service, etc.:

______
*Server's printed name and title*

______
*Server's address*